UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WALTER MONTEIRO

v.                                                                              C.A. No.

U.S. DEPARTMENT OF JUSTICE-
DRUG ENFORCEMENT ADMINISTRATION, Alias,
and JOHN DOES I-V

## COMPLAINT

### Parties

1. Plaintiff, WALTER MONTEIRO, is a resident of the City of Providence, County of Providence, and State of Rhode Island.

2. Defendant, UNITED STATES DEPARTMENT OF JUSTICE-DRUG ENFORCEMENT ADMINSTRATION (hereinafter "DEA") is a subdivision is a department of the Executive Branch of the government of the United States. It is an "agency" within the United States Government.

3. With respect to the Defendants described in the Complaint as "JOHN DOES, I-V," who consists of one or more individuals whose name(s) is/are unknown, but of whom certain conduct has been alleged, this Complaint is brought under Section 9-5-20 of the General Laws of Rhode Island, 1956, as amended. The "JOHN DOE" Defendants are Federal DEA officers and employees.

### Jurisdiction

4. Jurisdiction attaches pursuant to 28 U.S.C. §1331.
5. Venue is appropriate in the Federal District of Rhode Island.

### Factual Allegations

6. On or about February 20, 2015, the Plaintiff, WALTER MONTEIRO, was apprehended and placed under arrest by members of the Providence Police Department and the DEA,

including the Defendants JOHN DOES I-V.

7. The Defendants, JOHN DOES I-V used excessive force in apprehending and arresting the Plaintiff, WALTER MONTEIRO.

8. Said excessive force included, but was not limited to, lifting the Plaintiff, WALTER MONTEIRO, off the ground, subsequently causing him to fall to the pavement, resulting in injuries including, but not limited to, a left clavicle fracture and other injuries.

9. At all relevant times, the Plaintiff, WALTER MONTEIRO, acted in a reasonable manner, did not resist arrest, and otherwise cooperated in the apprehension and arrest.

10. At all relevant times, the Defendants knew and/or should have known that the Plaintiff, WALTER MONTEIRO, had a physical condition affecting his right arm, preventing and otherwise precluding him from resisting arrest, and preventing and otherwise precluding the amount of force utilized by the Defendants in apprehending and arresting the Plaintiff, WALTER MONTEIRO.

11. Following the apprehension and arrest on or about February 20, 2015, the Plaintiff, WALTER MONTEIRO, asked repeatedly to be taken to a hospital due to the injury that he had suffered during the apprehension and arrest.

12. The Defendants refused to transport the Plaintiff, WALTER MONTEIRO, to the hospital, and instead transported him to Central Station of the Providence Police Department in Providence, Rhode Island.

13. While at Central Station in Providence, Rhode Island, the Plaintiff, WALTER MONTEIRO, again repeatedly asked to be taken to a hospital due to the injury that he had suffered during the apprehension and arrest.

14. After a period of time, the Plaintiff, WALTER MONTEIRO, was transported to a hospital for examination and treatment.

15. On or about February 15, 2017, Plaintiff, WALTER MONTEIRO, presented a SF-95 Claim for Damage, Injury, or Death. Since said presentment, the Plaintiff's claim has not been satisfied.

## COUNT I
### Negligence
### John Does I-V

16. At all times relevant hereto, the Plaintiff, WALTER MONTEIRO, was in the exercise of due care.

17. On or about February 20, 2015, the Defendants, JOHN DOES I-V, owed a duty to the Plaintiff, WALTER MONTEIRO, to exercise reasonable care and otherwise conduct the apprehension and arrest of the Plaintiff, WALTER MONTEIRO, in a reasonable manner so as to avoid unnecessary injury and harm to the Plaintiff, WALTER MONTEIRO.

18. On or about February 20, 2015, the Defendants, JOHN DOES I-V, negligently breached their duties to the Plaintiff, WALTER MONTEIRO, by, *inter alia*, utilizing excessive and unnecessary force in apprehending and arresting the Plaintiff, WALTER MONTEIRO, and causing physical harm to the Plaintiff, WALTER MONTEIRO.

19. As a direct and proximate result of the negligence of the Defendants, JOHN DOES I-V in breaching their duties owed to the Plaintiff, WALTER MONTEIRO, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

WHEREFORE, the Plaintiff, WALTER MONTEIRO, demands judgment against the Defendants, JOHN DOES I-V, jointly and severally, in a sum to be determined by this Court, plus interest, costs and any further relief as this Honorable Court shall deem appropriate.

## COUNT II
### Intentional Tort
### John Does I-V

20. The Plaintiff restates and re-alleges Paragraphs 1 through 19 as if fully set forth herein, and incorporates the same herein by reference.

21. On or about February 20, 2015, the Defendants, JOHN DOES I-V, intentionally inflicted physical harm and otherwise abused the Plaintiff, WALTER MONTEIRO.

22. As a direct and proximate result of the Defendants, JOHN DOES I-V intentional infliction of physical harm and abuse to the Plaintiff, WALTER MONTEIRO, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to

endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

WHEREFORE, the Plaintiff, WALTER MONTEIRO, demands judgment against the Defendants, JOHN DOES I-V, jointly and severally, in a sum to be determined by this Court, plus interest, costs and any further relief as this Honorable Court shall deem appropriate.

### COUNT III
### Intentional Infliction of Emotional Distress
### John Does I-V

23. The Plaintiff restates and re-alleges Paragraphs 1 through 22 as if fully set forth herein, and incorporates the same herein by reference.
24. The conduct of the Defendants, JOHN DOES I-V, was extreme and outrageous.
25. As a direct and proximate result of the extreme and outrageous conduct of the Defendants, JOHN DOES I-V, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.
26. As a direct and proximate result of the extreme and outrageous conduct of the JOHN DOES I-V, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

WHEREFORE, the Plaintiff, WALTER MONTEIRO, demands judgment against the Defendants, JOHN DOES I-V, jointly and severally, in a sum to be determined by this Court, plus interest, costs and any further relief as this Honorable Court shall deem appropriate.

### COUNT IV
### Violation of 42 U.S.C. §1983
### John Does I-V

27. The Plaintiff restates and re-alleges Paragraphs 1-26 as if fully set forth herein and

incorporates the same herein by reference.

28. The Defendants, JOHN DOES I-V, on or about February 20, 2015, as law enforcement officers of the City of Providence, were acting under color of statute, ordinance, regulation, custom, or usage of the laws of the State of Rhode Island and/or the United States of America.

29. On or about February 20, 2015, the Plaintiff, WALTER MONTEIRO, was a citizen of the United States of America and/or within the jurisdiction of the United States of America.

30. On or about February 20, 2015, the Defendants, JOHN DOES I-V, caused and/or subjected the Plaintiff, WALTER MONTEIRO, to the deprivation of rights, privileges, and/or immunities secured by the Constitution and laws of the State of Rhode Island and/or the laws of the United States of America.

31. On or about February 20, 2105, the Defendants, JOHN DOES I-V, deprived the Plaintiff, WALTER MONTEIRO, of his Fourth Amendment rights against unreasonable searches and seizures.

32. On or about February 20, 2105, the Defendants, JOHN DOES I-V, deprived the Plaintiff, WALTER MONTEIRO, of his Eighth Amendment rights against cruel and unusual punishment.

33. On or about February 20, 2105, the Defendants, JOHN DOES I-V, deprived the Plaintiff, WALTER MONTEIRO, of his Fourteenth Amendment rights against deprivation of rights without due process of law.

34. As a direct and proximate result of the deprivation of rights under the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

WHEREFORE, the Plaintiff, WALTER MONTEIRO, demands judgment against the Defendants, JOHN DOES I-V, jointly and severally, in a sum to be determined by this Court, plus interest, costs and any further relief as this Honorable Court shall deem appropriate.

## COUNT V
### Respondeat Superior
### DEA

35. The Plaintiff restates and re-alleges Paragraphs 1 through 34 as if fully set forth herein and incorporates the same herein by reference.

36. At all relevant times, the Defendants, JOHN DOES I-V were employees, agents, and/or officers of the Defendant, DEA, and were acting within the scope of their employment.

37. At all relevant times, the Defendant, DEA, was responsible and liable for the acts of its employees, agents, and officers who were directly or indirectly involved in the apprehension and arrest of the Plaintiff, WALTER MONTEIRO, on or about February 20, 2015.

38. As a direct and proximate result of the negligence of the Defendants, JOHN DOES I-V in breaching their duties owed to the Plaintiff, WALTER MONTEIRO, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

39. As a direct and proximate result of the extreme and outrageous conduct of the Defendants JOHN DOES I-V, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

40. As a direct and proximate result of the deprivation of rights under the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution, the Plaintiff, WALTER MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

WHEREFORE, the Plaintiff, WALTER MONTEIRO, demands judgment against the Defendant, DEA, in a sum to be determined by this Court, plus interest, costs and any further relief as this Honorable Court shall deem appropriate.

## COUNT IV
## Violation of 42 U.S.C. §1983
## DEA

41  The Plaintiff restates and re-alleges Paragraphs 1-40 as if fully set forth herein and incorporates the same herein by reference.

42  The Defendant, DEA, or about February 20, 2015, maintained a policy that precluded its law enforcement officers, including, but not limited to, the Defendants JOHN DOES I-V, from utilizing excessive force against individuals with physical issues, such as the Plaintiff, WALTER MONTEIRO, during the course of apprehension and arrest.

43  Through its deliberate conduct, the Defendant, DEA, was the moving force and direct and proximate cause of the Plaintiff, WALTER MONTEIRO's, injuries.

44  On or about February 20, 2015, the Plaintiff, WALTER MONTEIRO, was a citizen of the United States of America and/or within the jurisdiction of the United States of America.

45  On or about February 20, 2015, the Defendant, DEA, caused and/or subjected the Plaintiff, WALTER MONTEIRO, to the deprivation of rights, privileges, and/or immunities secured by the Constitution and laws of the State of Rhode Island and/or the laws of the United States of America.

46  On or about February 20, 2105, the Defendant, DEA, deprived the Plaintiff, WALTER MONTEIRO, of his Fourth Amendment rights against unreasonable searches and seizures.

47  On or about February 20, 2105, the Defendant, DEA, deprived the Plaintiff, WALTER MONTEIRO, of his Eighth Amendment rights against cruel and unusual punishment.

48  On or about February 20, 2105, the Defendant, DEA, deprived the Plaintiff, WALTER MONTEIRO, of his Fourteenth Amendment rights against deprivation of rights without due process of law.

49  As a direct and proximate result of the deprivation of rights under the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution, the Plaintiff, WALTER

Case 1:18-cv-00072-WES-LDA   Document 1   Filed 02/19/18   Page 8 of 8 PageID #: 8

MONTEIRO, was caused to be severely and permanently injured, to endure and to continue to endure great pain and agony of body and mind, to incur and to continue to incur expenses for medical care and attention, to be unable to perform usual activities and to lose and continue to lose large sums of money as a result thereof.

WHEREFORE, the Plaintiff, WALTER MONTEIRO, demands judgment against the Defendant, DEA, in a sum to be determined by this Court, plus interest, costs and any further relief as this Honorable Court shall deem appropriate.

Plaintiff, WALTER MONTEIRO,
By his Attorneys,

/s/Matthew D. Rocheleau

Matthew D. Rocheleau, Esq. (#6107)
Brosco & Brosco, P.C.
Attorneys at Law
312 South Main Street
Providence, RI 02903
(401) 272-5555 (tel)
(401) 272-5599 (fax)
mdrocheleau@broscolaw.com

**PLAINTIFFS DEMAND A TRIAL BY JURY**

Plaintiff designates Matthew D. Rocheleau, Esq. as his trial counsel.

Dated: February 19, 2018