## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

WILLIAM MONTEIRO,
    Plaintiff,

v.

                              C.A. No. 18-72 WES

U.S. DEPT. OF JUSTICE-DRUG
ENFORCEMENT AGENCY, ALIAS
and JOHN DOES 1-5,
    Defendants.

## **JUDGMENT**

**[ ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[ X ]** Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Order entered on August 31st, 2020 by this Court.

                                        Enter:

                                        /s/ Ryan H. Jackson

                                        Deputy Clerk

Dated: August 31st, 2020