# United States Court of Appeals
## For the First Circuit

No. 20-2040

WALTER MONTEIRO

Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF JUSTICE; DRUG ENFORCEMENT AGENCY

Defendants - Appellees

CITY OF PROVIDENCE, by and through its Finance Director Lawrence Mancini; JUAN ROBLES; GREGORY SION; IVAN TAVARES; JOHN DOES I-V

Defendants

**JUDGMENT**

Entered: February 19, 2021
Pursuant to 1st Cir. R. 27.0(d)

On November 18, 2020, appellant was notified that the Prison Litigation Reform Act (PLRA), enacted on April 26, 1996, requires prisoners appealing from a civil judgment or order to pay the Clerk of the District Court the full $505 filing fee required for commencing an appeal. Appellant was informed that if he were unable to prepay this fee, he could apply under 28 U.S.C. § 1915(a) to pay the fee in installments. On January 14, 2021, appellant was notified that the appeal would be dismissed for lack of prosecution if the filing fee was not paid in the district court or, the completed PLRA Form 1 was not filed in the Court of Appeals by January 28, 2021.

To date, the district court record does not reflect that the $505 appellate filing fee was paid to the Clerk of the District Court as required by Fed. R. App. P. 3.0(b). Nor has PLRA Form 1 been received for filing.

Accordingly, this appeal is dismissed pursuant to Local Rule 3.0(b) for want of diligent prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Walter E. Monteiro
Lauren S. Zurier
Zachary A. Cunha
Michael J. Colucci
Kevin F. McHugh